# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:12CR142 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JOSEPH URDIALES, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on December 21, 2018. The Court referred this matter to Magistrate Judge George J. Limbert to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Limbert reported that a supervised release violation hearing was held on January 16, 2019. The defendant admitted to the following violations:

1. Failure to Comply with Sex Offender Treatment;
2. Unauthorized Use of Internet-Capable Device.

The magistrate judge filed a report and recommendation on January 16, 2019, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on February 4, 2019.

Defendant Joseph Urdiales was present and represented by Attorney Darin Thompson. The United States was represented by Assistant United States Attorney Carol Skutnik. United States Probation Officer Adam Jones was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of five (5) months.

Upon release from custody, defendant is placed on supervised release for six (6) years, with the same terms and conditions of supervised release as previously ordered, except that the frequency of the individual counseling sessions that were ordered on September 28, 2017 shall be at the discretion of the U.S. Probation Officer and/or the treatment provider.

The defendant is permitted to self-report as directed by the United States Marshal.

**IT IS SO ORDERED**.

Dated: February 4, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**