# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:12-cr-142 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| JOSEPH D. URDIALES, | ) | RELEASE |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on November 10, 2020. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on December 7, 2020. The defendant admitted to the following violations:

1. Unauthorized Use of Internet-Capable Device;
2. Viewing of Sexually Explicit Material;
3. Failure to Comply with Sex Offender Treatment.

The magistrate judge filed a report and recommendation on December 8, 2020, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on January 26, 2021. Defendant Urdiales was present and represented by Attorney Edward G. Bryan. The United States was represented by Assistant United States Attorney Carol M. Skutnik. United States Probation Officer Adam C. Jones was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of nine months. Defendant shall report for service of sentence to the U.S. Marshal's office in Akron, Ohio on Thursday, January 28, 2021 by 11:30 a.m.

Following release from BOP custody, the defendant shall be placed on Supervised Release for a period of five years under the same terms and conditions previously imposed.

**IT IS SO ORDERED**.

Dated: January 26, 2021

                                            **HONORABLE SARA LIOI**
                                            **UNITED STATES DISTRICT JUDGE**