# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:12-cr-142 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JOSEPH D. URDIALES, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on April 12, 2022. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on May 17, 2022. The defendant admitted to the following violations:

1. Unauthorized Use of Internet-Capable Devices;
2. Use of Sexually Explicit Images.

The magistrate judge filed a report and recommendation on May 17, 2022, in which she recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on June 23, 2022. Present were the following: Assistant U.S. Attorney Carol Skutnik, representing the United States of America; Attorney Darin Thompson, representing the defendant; the defendant, Joseph D. Urdiales; and United States Probation Officer Adam Jones.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's term of supervised release is modified to add the following additional conditions:

**Halfway House Placement.** The defendant will reside in a halfway house, approved by his probation officer, for a period of up to 6 months.

**Wireless Phone.** The defendant may only use and possess a wireless phone of the kind and type approved by his probation officer. The approved device will be one that does not connect to the internet. The defendant shall not use, possess, or access any other device.

**IT IS SO ORDERED**.

Dated: June 23, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

2