# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:12-cr-142 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JOSEPH D. URDIALES, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on September 13, 2022. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on October 4, 2022. The defendant admitted to the following violations:

    1. Unauthorized Use of Internet-Capable Device;
    2. Unauthorized Use of Internet-Capable Device;
    3. Viewing Sexually Explicit Content.

The magistrate judge filed a report and recommendation on October 4, 2022, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violations numbered 1-3.

A final supervised release violation hearing was conducted on December 1, 2022. Defendant Urdiales was present and represented by Attorney Carolyn Kucharski. The United States was represented by Assistant United States Attorney Carol Skutnik. United States Probation Officer Adam Jones was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violations numbered 1-3.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 7 months with credit for time served to date. The Court recommends that the defendant be placed at FCI Elkton.

No Supervised Release to follow.

**IT IS SO ORDERED**.

Dated: December 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**HONORABLE SARA LIOI**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**